# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**144**

**CA 15-02128**

PRESENT: CENTRA, J.P., PERADOTTO, CURRAN, TROUTMAN, AND SCUDDER, JJ.

---

IN THE MATTER OF RICHARD HEIN,
PETITIONER-APPELLANT,

V                                                                    ORDER

TINA M. STANFORD, CHAIRPERSON, NEW YORK STATE
DIVISION OF PAROLE, AND ANTHONY J. ANNUCCI,
ACTING COMMISSIONER, NEW YORK STATE DEPARTMENT
OF CORRECTIONS AND COMMUNITY SUPERVISION,
RESPONDENTS-RESPONDENTS.

---

RICHARD HEIN, PETITIONER-APPELLANT PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (BRIAN D. GINSBERG OF
COUNSEL), FOR RESPONDENTS-RESPONDENTS.

------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Seneca County
(Dennis F. Bender, A.J.), entered October 28, 2015 in a proceeding
pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs as moot (*see Matter of Sanchez v Evans*, 111 AD3d 1315).

Entered: February 3, 2017                          Frances E. Cafarell
                                                   Clerk of the Court